FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 28 2015

D. MARK JONES, CLERK
BY_____
         DEPUTY CLERK

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| DAVID WEBB, | ) | Case No.   1:14-cv-00174 DS |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALICIA MARIE WASHINGTON, ET AL., | ) | |
| Defendants. | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This matter is before the Court on the September 14, 2015 Report and Recommendation ("R&R") (Doc. #12) by United States Magistrate Judge Dustin B. Pead. The R&R is incorporated herein by reference. Plaintiff has filed a timely objection to the R&R.

The Court has conducted a *de novo* review of the case. Plaintiff's lengthy, rambling and conclusory objections are without merit and are OVERRULED. The well reasoned R&R is ADOPTED.

IT IS THEREFORE ORDERED:

Plaintiff's request for disqualification (Doc. #10) is DENIED.

All Plaintiff's claims, with the exception of his claims for disparate treatment against Defendants Washington under the state and federal fair housing acts (Counts III and X), and the vicarious liability claim against EMG Management (Count V), are DISMISSED.

Plaintiff's motion for service of process (Doc. #4) is GRANTED IN PART and DENIED IN PART. *See* R&R at 8 ("the United States Marshal shall serve a copy of

Plaintiff's summons and Amended Complaint upon Defendants Alicia Marie Washington and EMG Management").

And Plaintiff's motion to appoint counsel (Doc. #5) is DENIED without prejudice.

DATED this 28th day of September 2015.

BY THE COURT:

*[signature]*

DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT